cuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles H. Pegler* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith,* for the United States.

No. 668. DELAWARE & HUDSON Co. *v.* DUNNIGAN. March 2, 1931. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. Joseph Rosch* for petitioner. *Mr. Walter A. Fullerton* for respondent.

No. 669. STRANAHAN *v.* COMMISSIONER OF INTERNAL REVENUE. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas O. Marlar* and *E. J. Marshall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *John H. McEvers* for respondent.

No. 670. LONG ET AL. *v.* METZGER ET AL. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Andrew G. Smith* for petitioners. *Messrs. Wm. A. Schnader* and *Penrose Hertzler* for respondents.

No. 672. OKLAHOMA-ARKANSAS TELEPHONE Co. *v.* SOUTHWESTERN BELL TELEPHONE Co. March 2, 1931. Petition for writ of certiorari to the Circuit court of Appeals for the Eighth Circuit denied. *Messrs. James B. McDonough, Joseph W. House, James B. McDonough, Jr.,*